UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUCKUS SPORTS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>THE NATIONAL MULTIPLE SCLEROSIS SOCIETY,<br><br>        Defendant | Civ. A. No. 12-12009 |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiff, Ruckus Sports, LLC, dismisses this action with prejudice, without costs to any party.

    Respectfully submitted,

    RUCKUS SPORTS, LLC

    By its attorney:

    /s/ Theodore J. Folkman
    Theodore J. Folkman (BBO No. 674642)
    MURPHY & KING, P.C.
    One Beacon St.
    Boston, Mass. 02108
    (617) 423-0400
    tjf@murphyking.com

Dated: January 15, 2013
642795